**E. William ACETO et al.**

v.

**Alphonse CHRISTY et al.**

**No. 81–517–A.**

Supreme Court of Rhode Island.

Dec. 3, 1981.

Kirshenbaum & Kirshenbaum, Alfred Factor, Providence, for plaintiffs.

Connors & Kilguss, Leo T. Connors, Providence, for defendants.

ORDER

The plaintiffs' motion to dismiss the defendants' appeal for failure of defendants to cause timely transmission of the record is hereby granted.

**FRATERNAL ORDER OF POLICE LODGE NO. 1 et al.**

v.

**CITY OF EAST PROVIDENCE et al.**

**No. 81–18–A.**

Supreme Court of Rhode Island.

Dec. 3, 1981.

Thomas E. Hefner, Providence, for plaintiffs.

Nathaniel J. Rendine, Asst. City Sol., East Providence, for defendants.

ORDER

The plaintiffs' motion to enlarge the time within which to seek affirmance is granted. The plaintiffs' motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted.

**Walter MOSLEY**

v.

**John R. JONES, Jr. et al.**

**No. 81–538–M.P.**

Supreme Court of Rhode Island.

Dec. 3, 1981.

Stone, Clifton & Clifton, Walter R. Stone, Providence, for plaintiff-respondent.

Corcoran, Peckham & Hayes, P.C., Kathleen Managhan, Newport, for defendants-petitioners.

ORDER

The petition for writ of certiorari is denied.